**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
ONE WILSHIRE BOULEVARD, SUITE 2000
LOS ANGELES, CALIFORNIA  90017-3383
TELEPHONE:  213-629-7907
FACSIMILE 213-624-1376

Michael W. Monk (State Bar No. 069719)
*m.monk@mpglaw.com*
Elaine M. Vukadinovich (State Bar No. 187315)
*e.vukadinovich@mpglaw.com*

Attorneys for NORTH BAY REGIONAL CENTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1021,<br><br>Petitioner,<br><br>vs.<br><br>NORTH BAY REGIONAL CENTER,<br><br>Respondent. | CASE No. C08-04279 CW<br><br>**STIPULATION AND ORDER TO EXEMPT THIS ACTION FROM THE ADR PROCESS** |

THE PARTIES IN THIS ACTION, BY AND THROUGH THEIR RESPECTIVE ATTORNEYS, HEREBY STIPULATE AS FOLLOWS:

On September 11, 2008, this action was assigned to the Alternative Dispute Resolution (ADR) Multi-Option Program governed by ADR Local Rule 3.  After familiarizing themselves with that rule and the Court's ADR material, the Parties agree that no ADR process is likely to deliver benefits to the Parties sufficient to justify the resources consumed by its use.  Specifically, the Parties agree that because this matter involves a Petition to Compel Arbitration of Labor Management Dispute under the terms of the applicable collective bargaining agreement, it is more amenable to a single motion process where the decision of the Judge is binding on the Parties.

For these reasons, therefore, the Parties respectfully request that the Court exempt this action from the ADR process.

613851.1

It is further stipulated and agreed that in the interest of time, this Stipulation may be signed in faxed counterparts, which shall have the same force and effect as an original signature.

DATED: November 6, 2008          MUSICK, PEELER & GARRETT LLP


By: _____
Elaine M. Vukadinovich
Attorneys for
North Bay Regional Center

DATED: November 6, 2008          WEINBERG, ROGER & ROSENFELD LLP


By: _____
Manuel Boigues
Attorneys for
Service Employees International Union, Local 1021

IT IS ORDERED THAT:

The Parties and this action are exempt from the ADR process and this action may proceed immediately to the litigation process.

DATED:   Nov. 17, 2008          By: _____
Judge for the Northern District of California

MUSICK, PEELER
& GARRETT LLP

ATTORNEYS AT LAW

613851.1                                      2