1  **MUSICK, PEELER & GARRETT LLP**
   ATTORNEYS AT LAW
2  ONE WILSHIRE BOULEVARD, SUITE 2000
   LOS ANGELES, CALIFORNIA 90017-3383
   TELEPHONE: 213-629-7818
3  FACSIMILE 213-624-1376

4  Michael W. Monk (State Bar No. 069719)
   m.monk@mpglaw.com
   Elaine M. Vukadinovich (State Bar No. 187315)
5  e.vukadinovich@mpglaw.com

6  Attorneys for NORTH BAY REGIONAL CENTER

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

10

11 | SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1021, | CASE No. C08-04279 CW
12 | | STIPULATION AND [PROPOSED]
   | Petitioner, | ORDER REGARDING REMOVAL OF
13 | | INITIAL DISCLOSURES FILED BY
   | vs. | RESPONDENT NORTH BAY REGIONAL
14 | | CENTER FROM THE DOCKET AND
   | NORTH BAY REGIONAL CENTER, | PUBLIC RECORD
15 |
   | Respondent. |
16

17

18

19

20 THE PARTIES IN THIS ACTION, BY AND THROUGH THEIR RESPECTIVE ATTORNEYS,

21 HEREBY STIPULATE AS FOLLOWS:

22         On December 3, 2008, the initial disclosures by Respondent North Bay Regional Center

23 were served on Petitioner SEIU Local 1021, and also filed with the Court although not required by

24 law or local rule.  Respondent North Bay Regional Center has represented to Petitioner SEIU

25 Local 1021 that such filing was inadvertent.  As a result of that representation, the Parties

26 mutually agree that the initial disclosures and all attachments thereto filed on December 3, 2008

27 should be taken off the docket and removed from the public record.  The Parties therefore

28 respectfully request that the Court enter the below order to immediately remove and delete the

617967.1                                              1

initial disclosures filed on December 3, 2008, Document No. 17 on ECF, from the docket and public record.

It is further stipulated and agreed that in the interest of time, this Stipulation may be signed in faxed counterparts, which shall have the same force and effect as an original signature.

DATED: December 8, 2008           MUSICK, PEELER & GARRETT LLP

By: _____
Elaine M. Vukadinovich
Attorneys for Respondent
North Bay Regional Center

DATED: December _, 2008           WEINBERG, ROGER & ROSENFELD LLP

By: _____
Manuel Boigues
Attorneys for Petitioner
Service Employees International Union, Local 1021

IT IS ORDERED THAT:

The initial disclosures inadvertently filed by Respondent North Bay Regional Center on December 3, 2008, ECF Document No. 17, are to be immediately removed and deleted from the docket and public record in this matter.

DATED: __12/16__, 2008

By: *[signature]*
_____
Judge for the Northern District of California

**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW

617967.1                           2